UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In Re:
Alain Montes
    Debtor(s).
_____/

Case No. 19-10862-LMI

Chapter 13

## NOTICE OF VOLUNTARY DISMISSAL OF CHAPTER 13 BANKRUPTCY AND CERTIFICATE OF SERVICE

**COMES NOW**, the Debtor, Alain Montes, by and through the undersigned counsel and files this Notice of Voluntary Dismissal and states as follows:

1. On or about January 22, 2019, the Debtor filed a Voluntary Petition for Bankruptcy relief under Chapter 13 of Title 11 of the United States Code.

2. At this time, the Debtor wishes to voluntarily dismiss the Chapter 13 Bankruptcy.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was sent via CM/ECF to: Nancy K. Neidich, Trustee, and via regular mail to all parties on the service list on June 14, 2019.

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtor(s)
355 West 49th Street
Hialeah, FL 33012
Tel. (305) 687-8008

By:/s/ Robert Sanchez
Robert Sanchez, Esq., FBN# 0442161

Approved: _____
Debtor, Alain Montes